# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FAISON, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| LOPEZ, et al., | : | No. 23-cv-04212 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **4th** day of **March 2025**, upon consideration of the parties' arguments on March 3, 2025 during trial, it is hereby **ORDERED** that Plaintiff's objections concerning Dr. Auerbach's testimony explaining the findings of Dr. Pasquesi (Auerbach Trial Dep. at 49, 91) are **SUSTAINED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**